No. 99–932.  STEARNS ET AL. *v.* CITY OF GIG HARBOR; and GIG HARBOR MARINA, INC., DBA ARABELLA'S LANDING, ET AL. *v.* CITY OF GIG HARBOR.  Ct. App. Wash.  Certiorari denied.  Re-

ported below: 94 Wash. App. 1051 (first judgment); 94 Wash. App. 789, 973 P. 2d 1081 (second judgment).